IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Diego A. Ashton, | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintiff | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Christ Momale Moire and Rhet Volk, | ) |
| | ) Case No. 1:24-cv-193 |
| Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 13, 2025 at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 2nd day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court